No. 98–1945.  BURNETTE v. GROVE ISLE CLUB, INC., ET AL., *ante*, p. 818. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 99–404.  WRIGHT v. OREGON STATE BOARD OF PAROLE, *ante*, p. 966. Motion of petitioner for leave to proceed further *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.